

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00896-CV

**IN RE** Jose Luis **TUNON**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  December 31, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On December 20, 2013, relator Jose Luis Tunon filed a petition for writ of mandamus and motion for emergency stay of the trial court's order allowing periods of possession and access for relator's minor child with his mother, who is a resident of Mexico. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and motion for emergency stay are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2010CVO001002C1, styled *In the Interest of M.T., A Child*, pending in the County Court at Law No. 1, Webb County, Texas, the Honorable Alvino (Ben) Morales presiding.